NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robin K. Fortyune**, <br><br> Plaintiff, <br><br> v. <br><br> **Apolinar Gonzalez,** in his individual and representative capacity as trustee of the Gonzalez Trust; <br> **Maria Gonzalez,** in her individual and representative capacity as trustee of The Gonzalez Trust; **Teodoro Rodriguez**; and Does 1-10, <br><br> Defendants. | Case No.: 8:14-CV-00003-CJC-DFMX <br><br> **ORDER RE NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

### ORDER

Having read the foregoing notice of settlement and finding good cause therefore, the Court hereby vacates all currently set dates, with the expectation the parties will file a Stipulation for Dismissal within 45 days.

**IT IS SO ORDERED.**

Dated: 4/22/14            _____
                          United States District Court Judge